AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-mj-00059-ZMF-1 |
| JONATHAN GRACE | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JONATHAN GRACE.

Date:   04/06/2023

/s/Nabeel Kibria
*Attorney's signature*

NABEEL KIBRIA DC BAR #1022468
*Printed name and bar number*
800 CONNECTICUT AVE. NW
SUITE 323
WASHINGTON, DC 20006

*Address*

nabeel@ervinkibrialaw.com
*E-mail address*

(202) 689-4439
*Telephone number*

*FAX number*